**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CHICAGO TITLE LAND TRUST COMPANY, as Successor Trustee for LaSalle Bank National Association, as Trustee under Trust Agreement, dated 11/01/94, and known as Trust #119089; and STEVEN W. BECKER, THOMAS J. BECKER, and JEFFREY C. BECKER, as Beneficiaries of Chicago Title Land Trust Company, as Successor Trustee for LaSalle Bank National Association, as Trustee under Trust Agreement, dated 11/01/94, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 24 CV 3409 |
| -vs- | ) ) ) | Judge Jorge L. Alonso |
| PARKER CONCRETE PLACEMENT, INC.; PARKER CONCRETE PUMPING INC.; BRIAN PARKER; and AUBREY PARKER, | ) ) ) ) ) ) | Magistrate Judge Maria Valdez |
| Defendants. | ) | |

## NOTICE OF MOTION

TO: ALL COUNSEL OF RECORD

    PLEASE TAKE NOTICE that on February 27, 2025, at 9:30 a.m., I shall appear before the Hon. Jorge Alonso in Courtroom 1903 of the Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604, and shall present the attached **Motion to Strike Defendants' Third Affirmative Defense**, a copy of which is hereby served upon you.

                                              Respectfully submitted,

                                              /s/ Steven W. Becker
                                              Steven W. Becker
                                              Law Office of Steven W. Becker LLC
                                              205 N. Michigan Ave., Suite 810
                                              Chicago, Illinois 60601
                                              (312) 396-4116
                                              swbeckerlaw@gmail.com

**CERTIFICATE OF SERVICE**

   I hereby certify that on February 16, 2025, I filed a copy of the foregoing **Notice of Motion** by using the CM/ECF system, which will automatically send electronic notification of such filing to all attorneys of record.

                    /s/ Steven W. Becker
                    Steven W. Becker

Law Office of Steven W. Becker LLC
205 N. Michigan Avenue, Suite 810
Chicago, Illinois 60601
(312) 396-4116
swbeckerlaw@gmail.com